**In the Matter of the CARE AND TREATMENT of Wilbur SCHOTTEL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 70859.**

Missouri Court of Appeals, Western District.

Sept. 8, 2009.

Emmett D. Queener, Columbia, MO, for Appellant.

Shaun J. Mackelprang, John W. Grantham, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., JAMES M. SMART, Jr., and LISA WHITE HARDWICK, JJ.

## ORDER

PER CURIAM:

Mr. Wilbur Schottel appeals from the trial court's judgment finding him as a sexually violent predator after a jury trial and ordering him to remain committed to the custody of the Department of Mental Health.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).